# THE STATE OF NEW HAMPSHIRE

# SUPREME COURT

**In Case No. 2015-0555, <u>Town of Carroll v. William Rines,</u> the court on April 29, 2016, issued the following order:**

Having considered the briefs and record submitted on appeal, we conclude that oral argument is unnecessary in this case.  <u>See</u> <u>Sup. Ct. R.</u> 18(1).  We affirm.

The defendant, William Rines, appeals an order of the Superior Court (<u>Vaughan</u>, J.), on remand, conditionally imposing civil penalties upon him, pursuant to RSA 676:17, I (Supp. 2015), and ordering him to pay attorney's fees to the plaintiff, the Town of Carroll (town), <u>see</u> RSA 676:17, II (2008).  He contends that the trial court erred by:  (1) awarding the town attorney's fees; (2) finding that, between December 30, 2009 and May 12, 2010, he unlawfully removed stockpiled excavated materials from his property without a variance, in violation of the town's zoning ordinance; (3) imposing civil penalties upon him; and (4) denying his request, made in his motion for reconsideration, for a hearing on his damages, which the town represents he did not claim in this action, <u>see</u> <u>Morancy v. Morancy</u>, 134 N.H. 493, 497-98 (1991) (reversing damages award on basis that theory on which trial court grounded award had never been pleaded).

As the appealing party, the defendant has the burden of demonstrating reversible error.  <u>Gallo v. Traina</u>, 166 N.H. 737, 740 (2014).  Based upon our review of the trial court's order, the defendant's challenges to it, the relevant law, and the limited record submitted upon appeal, <u>see</u> <u>Bean v. Red Oak Prop. Mgmt.</u>, 151 N.H. 248, 250 (2004), we conclude that the defendant has not demonstrated reversible error.  <u>See</u> <u>Gallo</u>, 166 N.H. at 740.

<u>Affirmed</u>.

Dalianis, C.J., and Hicks, Conboy, Lynn, and Bassett, JJ., concurred.

**Eileen Fox,
Clerk**